UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

-against-

NAV TECH CONSTRUCTION CORP.,

Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2022_

21 Civ. 2502 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 10, 2022, the Court granted Petitioners' request to confirm an award issued in an arbitration between themselves and Respondent. ECF No. 17. Accordingly, the Clerk of Court is directed to enter judgment against Respondent in the amount of $3,988.90 plus 5.25% pre-judgment interest from December 9, 2020, to January 10, 2022. The Clerk of Court is also directed to enter judgment against Respondent in the amount of $2,368.50 in attorneys' fees and $75 in court costs. The Clerk of Court is further directed to enter post-judgment interest at the statutory rate on each of the foregoing from January 10, 2022.

SO ORDERED.

Dated: January 11, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge