UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW
YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

               Petitioners,                             21 **CIVIL** 2502 (AT)

   -against-                                       **JUDGMENT**

NAV TECH CONSTRUCTION CORP.,
               Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2022, the Court granted Petitioners' request to confirm an award issued in an arbitration between themselves and Respondent. ECF No. 17. Judgment is entered against Respondent in the amount of $3,988.90 plus 5.25% pre-judgment interest from December 9, 2020, to January 10, 2022, in the amount of $227.78; judgment is entered against Respondent in the amount of $2,368.50 in attorneys' fees and $75 in court costs; plus post-judgment interest at the statutory rate on each of the foregoing from January 10, 2022; accordingly, the case is closed.

**Dated**: New York, New York
       January 11, 2022

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                    **Clerk of Court**
                    **BY:**              K. Mango
                                                    _____
                                                      **Deputy Clerk**